IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VICKIE PHAN, individually and )
Behalf of all others similarly situated, )
)
     Plaintiff, )
)    CIVIL ACTION NUMBER:
v. )
)    <u>1:19-CV-4613-JPB</u>
PEAK DEBT CONSUMPTION, LLC )
CHRIS MCCORMICK, )
FISHER LAW GROUP, PLLC, )
DAVID FISHER, and )
HEGEMON GROUP )
INTERNATIONAL, LLC, )
)
     Defendants. )
_____ )

## **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT CHRIS MCCORMICK'S MOTION TO DISMISS**

COMES NOW, Plaintiff Vickie Phan, individually and on behalf of all others similarly situated, and files this, her Response in Opposition to Defendant Chris McCormick's Motion to Dismiss [*Doc. 20*], and shows this Honorable Court the following:

In view of Plaintiff's First Amended Complaint, Defendant's Motion to Dismiss are now rendered moot.

Respectfully submitted, this 30th day of January, 2020.

**HURT STOLZ, P.C.**

/s/  James W. Hurt, Jr.
By:  James W. Hurt, Jr.
Georgia Bar No.:  380104

1551 Jennings Mill Road
Suite 3100-B
Watkinsville, Georgia 30677
(706) 395-2750
Facsimile:  (866) 766-9245
jhurt@hurtstolz.com                    **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local R. 7.1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in LR 5.1(B). The foregoing PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS was prepared on a computer, using Times New Roman 14 point font.

Respectfully submitted, this 30th day of January, 2020.

**HURT STOLZ, P.C.**

/s/  James W. Hurt, Jr.
By:  James W. Hurt, Jr.
Georgia Bar No.:  380104

1551 Jennings Mill Road, Suite 3100-B
Watkinsville, Georgia 30677
(706) 395-2750
Facsimile: (866) 766-9245
jhurt@hurtstolz.com                    **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed the PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS with the Clerk of Court via the CM/ECF system, which will automatically provide all counsel of record with email notification of this filing.

Andrew M. Stevens
astevens@lawstevens.com

Robert A. Luskin
rluskin@gm-llp.com

Scott Robert Hoopes
scott@millshoopeslaw.com

Respectfully submitted, this 30th day of January, 2020.

**HURT STOLZ, P.C.**

/s/  James W. Hurt, Jr.
By:  James W. Hurt, Jr.
Georgia Bar No.:  380104

1551 Jennings Mill Road, Suite 3100-B
Watkinsville, Georgia 30677
(706) 395-2750
Facsimile:  (866) 766-9245
jhurt@hurtstolz.com                **ATTORNEY FOR PLAINTIFF**