UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICKIE PHAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PEAK DEBT CONSUMPTION, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:19-CV-04613-JPB |

## **ORDER**

This matter comes before the Court on Plaintiff's Motion to Extend Time to File Motion for Class Certification [Doc. 16]. The motion, which is unopposed, is GRANTED.

IT IS HEREBY ORDERED that Plaintiff shall file her Motion for Class Certification no later than 180 days after the beginning of discovery.

**SO ORDERED** this 4th day of February, 2020.

_____
J. P. BOULEE
United States District Judge