UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICKIE PHAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PEAK DEBT CONSUMPTION, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br><br>1:19-CV-04613-JPB |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Dismiss Credit Precision, Incorporated and Mark Miller as Defendants [Doc. 24]. For good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED that Defendant Credit Precision, Incorporated and Defendant Mark Miller are dismissed without prejudice.

**SO ORDERED** this 4th day of February, 2020.

J. P. BOULEE
United States District Judge